| Debtor 1 | Timothy | M | Thompson |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Samantha | J | Thompson |
| | (Spouse), First Name | Middle name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois, Eastern Division

Case number 17-_____     Chapter 7

# Bankruptcy Petitioner's Declaration of true and correct Schedules

On June 1, 2017 Patrick S. Layne, the United States Trustee for the Northern District of Illinois, by and through his attorney, Elizabeth R. Brusa filed a Motion to examine fee paid to attorney, alleging several items not supplied to this Honorable Court with the above referenced Petition. As the subject attorney, I have repeated requested the items from my client, and in another attempt to address the requests, I submit the following signed statement from my clients along with other signed documents identified in the Motion.

**By signatures below debtors Timothy M. Thompson and Samantha J Thompson affirm that the information provided in the Petition and Schedules are is true and correct.**

We have reviewed the information filed in the amended SOFA and declare that it is true and correct.

We have reviewed the information filed in the amended Schedules G and H and declare that it is true and correct.

_____        Date 07/21/2017
Signature of Debtor 1 - **Timothy M. Thompson**

_____        Date 07/21/2017
Signature of Debtor 2 - **Samantha J Thompson**